SLR:LDM:TYH
2011V02670

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 20 2012 ★
BROOKLYN OFFICE

Courtesy Copy
Original Filed Electronically

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SUMMONS AND WARRANT FOR ARREST OF ARTICLES IN REM** |
| Plaintiff, | |
| - against - | Civil Action No. CV-12-3104 (DLI) |
| $653,106.76 FORMERLY ON DEPOSIT AT BANK OF ATLANTIC ACCOUNT NUMBER 66792423 HELD IN THE NAME OF COMPU-CELL OF AMERICA, | |
| Defendants In Rem. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO AGENTS OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES MARSHAL OF THE EASTERN DISTRICT OF NEW YORK, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint of forfeiture has been filed on June 21, 2012 in the United States District Court for the Eastern District of New York, alleging that the defendant currency in the amount of six hundred and fifty-three thousand one hundred and six dollars and seventy-six cents ($653,106.76) is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. §§ 881(a)(6);

WHEREAS, the Court being satisfied that based upon the Verified Complaint In Rem, there is probable cause to believe that the Defendants In Rem is subject to seizure and forfeiture for the above-described reasons and that grounds for issuance of a Warrant for Arrest of Articles

*U.S. V. $653,106.76, CV-12-3104 (DLI), Summons and Warrant for Arrest of Articles In Rem*

Rec'd 7/20/12

In Rem exist pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules");

YOU ARE THEREFORE HEREBY COMMANDED to arrest and seize the Defendants In Rem and use discretion and whatever means appropriate to protect and maintain the Defendants In Rem; and

IT IS ORDERED THAT you shall provide notice of this action to all persons thought to have an interest in or claim against the Defendants In Rem by serving upon such persons a copy of this warrant, and a copy of the Verified Complaint, in a manner consistent with the principles of service of actions In Rem under Supplemental Rule G(4)(b) of the Supplemental Rules and Federal Rules of Civil Procedure, and publish notice of the action on a government website, www.forfeiture.gov, in accordance with the customs and practice of this district, and pursuant to Supplemental Rule G(4)(a); and

IT IS FURTHER ORDERED that a return of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and

NOTICE IS HEREBY GIVEN that in order to avoid forfeiture of the property, any person claiming an interest in, or right against, the property must file a verified claim identifying the specific property claimed, the claimant and the claimant's interest in the property. The verified claim must be signed by the claimant under penalty of perjury, in the manner set forth in Supplemental Rule G(5) of the Supplemental Rules and the Federal Rules of Civil

*U.S. V. $653,106.76, CV-12-3104 (DLI), Summons and Warrant for Arrest of Articles In Rem*

Procedure, except that in no event may such claim be filed later than thirty-five (35) days after service of the Verified Complaint, or as applicable, not later than thirty (30) days after the date of final publication of notice of the filing of the claim. All claimants must also file an answer to the verified complaint or a motion under Fed. R. Civ. P. 12 within twenty-one (21) days after filing a claim. All such claims and answers must be filed with the Clerk of the Court, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to Assistant United States Attorney, Tanya Y. Hill, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated:    Brooklyn, New York
July 13, 2012

s/DLI

HONORABLE DORA L. IRIZARRY
U.S. DISTRICT COURT JUDGE

*U.S. V. $653,106.76, CV-12-3104 (DLI), Summons and Warrant for Arrest of Articles In Rem*